## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAI-JON T. WESTLEY** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **GREENWOOD MOTOR LINES INC.,** | * | **MAG. DIV.:** |
| **& TRUCK LEASING L.L.C.** | * | |
| ************************************* | | **TRIAL BY JURY** |

## COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT:**

NOW COMES, through undersigned counsel, Plaintiff, Rai-Jon Westley, a person of full age of majority residing and domiciled in the Parish of St. John the Baptist, Louisiana, who respectfully pleads the following:

1. This Honorable Court possesses subject matter jurisdiction by virtue of 28 U.S.C. § 1332, based on the diversity of citizenship of the parties and the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

2. Venue is proper in the Eastern District of Louisiana pursuant to 28 U.S.C. § 1391(b)(2) as the events giving rise to the claim occurred in this federal district, in particular, at a railroad grade crossing near the intersection of U.S. Highway 61 and Louisiana Highway 641 in Grammercy, Louisiana.

3. Defendant, Greenwood Motor Lines Inc. ["Greenwood"], is a foreign business corporation incorporated under the laws of the State of South Carolina and keeps its principal place of business in the State of Ohio.

1

4. Defendant, Truck Leasing L.L.C., ["Truck Leasing"] is a foreign limited liability company organized under the laws of the State of Ohio and doing business under the name "R + L Truck Leasing L.L.C."

5. At all material times to this action, the Plaintiff, Rai-Jon Westley, was employed by the Kansas City Southern Railroad Company ["KCS"] as a railroad conductor engaged in interstate commerce.

## FACTS OF THE ACCIDENT

6. On July 13, 2018, Mr. Westley was carrying out his duties as a conductor working on the ground near the subject railroad grade crossing in Grammercy, Louisiana near the intersection of U.S. Highway 61 and Louisiana Highway 641.

7. The subject railroad grade crossing is identified as DOT Crossing 335516W and forms the intersection between KCS's railroad tracks and Louisiana Highway 641.  Upon information and belief, the subject crossing, at the time of the accident, possessed the following active warning devices: two roadway gate arms, two incandescent mast-mounted flashing lights, bells; and the following passive warning devices: railroad cross bucks, advanced warning signs, stop lines, and paved railroad crossing symbols.

8. On the date in question, Defendants, Greenwood and Truck Leasing's, employee/hired driver, Ronald Lee Mason, was operating a 2015 Peterbuilt Tractor-Trailer traveling on Louisiana Highway 641.  At that time, Greenwood and Truck Leasing, through its employee/hired driver, negligently, carelessly, and/or recklessly entered the subject railroad crossing despite being confronted with active warnings indicating the approach of an on-coming train.  Having failed to properly react to these warnings, Ronald Lee Mason entered the crossing tearing down the crossing gates, which struck Plaintiff in the head causing injury and damages.

2

## **COUNT I: LIABILITY OF GREENWOOD MOTOR LINES INC.**

9. Plaintiff specifically pleads that on July 13, 2018 he was performing his duties in his usual and customary safe manner when the Greenwood's employee/hired driver failed to yield to an on-coming train, entered the grade crossing, ripped down the crossing gates, striking Plaintiff in the head.  As a direct result of this Greenwood's employee/hired driver's negligence, Plaintiff sustained a concussion and traumatic brain injury, causing continued severe headaches, photophobia, neurological symptoms, and other cognitive deficits.

10. Plaintiff specifically pleads that at the time of this injury he was an able-bodied railroad conductor, and that the negligence of Greenwood, through its employee/hired driver, directly caused severe injuries, which have further caused physical and mental pain, as well as, economic loss for lost wages, fringe benefits, and unpaid expenses for which Plaintiff demands recovery.

11. Plaintiff further pleads that Defendant, Greenwood, through its agents, servants, and employees negligently and/or carelessly failed to exercise reasonable care thereby causing and/or contributing to the aforementioned accident; and the negligence of Defendant, Greenwood, includes, but is not limited to the following acts to-wit:

   A. Defendant Greenwood's employee/hired driver Ronald Lee Mason negligently, carelessly, and/or recklessly violated LA. REV. STAT. 32:171, "Obedience to Signal Indicating Approach to Train," in failing to yield to the active warning signals displayed at the crossing.

   B. Defendant Greenwood's employee/hired driver, Ronald Lee Mason negligently failed to keep a proper lookout and obey the active warning signals.

   C. Defendant Greenwood's employee/hired driver, Ronald Lee Mason negligently failed to keep and maintain proper control of his vehicle.

   D. Defendant Greenwood negligently failed to properly train its employees with regard to railroad grade crossing safety.

    E. Defendant Greenwood negligently hired its employee truck driver, Ronald Lee Mason.

    F. Defendant Greenwood negligently supervised its employee/hired driver Ronald Lee Mason.

    G. Other acts and omissions to be enumerated at the trial of this matter.

12. Plaintiff demands all damages reasonable on the premises and specifically itemizes the following damages suffered for which he seeks recovery:

    A. Physical Pain and Suffering, Past and Future;

    B. Mental Pain and Suffering, Past and Future;

    C. Disability;

    D. Loss of Enjoyment of Life;

    E. Past Lost Wages;

    F. Future Lost Earning Capacity and Fringe Benefits;

    G. Unpaid Past Medical Expenses;

    H. Future Life Care Needs and Medical Expenses for Remainder of Life Expectancy;

13. Plaintiff reserves the right to supplement and amend this Complaint, as additional facts become known.

14. Plaintiff is entitled to and demands a trial by jury.

    WHEREFORE, Plaintiff, Rai-Jon Westley, prays that Defendant, Greenwood, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiff, Rai-Jon Wesltey, and against Defendant, Greenwood, for all sums reasonable in the premises, together with legal interest thereon from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

## COUNT II: LIABILITY OF TRUCK LEASING L.L.C.

15. Plaintiff specifically pleads that on July 13, 2018 he was performing his duties in his usual and customary safe manner when the Truck Leasing's employee/hired driver failed to yield to the on-coming train, entered the grade crossing, ripped down the crossing gates, striking Plaintiff in the head. As a direct result of this Truck Leasing's employee/hired driver's negligence, Plaintiff sustained a concussion and traumatic brain injury, causing continued severe headaches, photophobia, neurological symptoms, and other cognitive deficits.

16. Plaintiff specifically pleads that at the time of this injury he was an able-bodied railroad conductor, and that the negligence of Truck Leasing, through its employee/hired driver, directly caused severe injuries, which have further caused physical and mental pain, as well as, economic loss for lost wages, fringe benefits, and unpaid expenses for which Plaintiff demands recovery.

17. Plaintiff further pleads that Defendant, Truck Leasing, through its agents, servants, and employees negligently and/or carelessly failed to exercise reasonable care thereby causing and/or contributing to the aforementioned accident; and the negligence of Defendant, Truck Leasing, includes, but is not limited to the following acts to-wit:

   A. Defendant Truck Leasing's employee/hired driver Ronald Lee Mason negligently, carelessly, and/or recklessly violated LA. REV. STAT. 32:171, "Obedience to Signal Indicating Approach to Train," in failing to yield to the active warning signals displayed at the crossing.

   B. Defendant Truck Leasing's employee/hired driver, Ronald Lee Mason negligently failed to keep a proper lookout and obey the active warning signals.

   C. Defendant Truck Leasing's employee/hired driver, Ronald Lee Mason negligently failed to keep and maintain proper control of his vehicle.

   D. Defendant Truck Leasing negligently failed to properly train its employees with regard to railroad grade crossing safety.

    E.  Defendant Truck Leasing negligently hired its employee truck driver, Ronald Lee Mason.

    F.  Defendant Truck Leasing negligently supervised its employee/hired driver Ronald Lee Mason.

    G.  Other acts and omissions to be enumerated at the trial of this matter.

18. Plaintiff demands all damages reasonable on the premises and specifically itemizes the following damages suffered for which he seeks recovery:

    A.  Physical Pain and Suffering, Past and Future;

    B.  Mental Pain and Suffering, Past and Future;

    C.  Disability;

    D.  Loss of Enjoyment of Life;

    E.  Past Lost Wages;

    F.  Future Lost Earning Capacity and Fringe Benefits;

    G.  Unpaid Past Medical Expenses;

    H.  Future Life Care Needs and Medical Expenses for Remainder of Life Expectancy;

19. Plaintiff reserves the right to supplement and amend this Complaint, as additional facts become known.

20. Plaintiff is entitled to and demands a trial by jury.

WHEREFORE, Plaintiff, Rai-Jon Westley, prays that Defendant, Truck Leasing, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiff, Rai-Jon Wesltey, and against Defendant, Truck Leasing, for all sums reasonable in the premises, together with legal interest thereon from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

Date: September 25, 2018

Respectfully Submitted,

**DAVIS, SAUNDERS, MILLER & ODEN**

BY: */s/ Joseph M. Miller, Esq.*

**JOSEPH M. MILLER #30636**
**BENJAMIN B. SAUNDERS #11733**
**CARISA GERMAN-ODEN #31463**
400 Mariners Plaza Drive, Suite 401
Mandeville, Louisiana 70448
Telephone: (985) 612-3070
Facsimile: (985)612-3072

**Attorneys for Plaintiff,**
**Rai-Jon Westley**